454 A.2d 157

Commonwealth v. Tobery, Jr., Appellant.

Submitted March 16, 1982. Timothy M. Carland,

598

Public Defender, for appellant; Edward J. Tocci, District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgment of sentence is affirmed.